UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVERY HYDROVAC, LLC,<br><br>Defendant. | Case No. 22-cv-04472-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 34 |

In their request to continue the upcoming case management conference, Plaintiffs state that "the parties have reached a tentative settlement, and are in the process of finalizing a settlement agreement." ECF No. 34 at 2. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 27, 2024

_____
JON S. TIGAR
United States District Judge